Charles R. Jacob III (CJ-4143)
Haynee C. Kang (HK-9957)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN ADVISORS LLC,

        Plaintiff,

-against-

AMERICAN LENDING GROUP, INC.,

        Defendant.

07 Civ. 10631

**Rule 7.1 Statement**



Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Terwin Advisors LLC, a nongovernmental corporate party, certifies that no publicly held corporation holds ten (10) percent or more of its stock.

Dated: November 27, 2007

        MILLER & WRUBEL P.C.

        By: _____
        Charles R. Jacob III (CJ-4143)
        Haynee C. Kang (HK-9957)
        250 Park Avenue
        New York, New York 10177
        (212) 336-3500
        Attorneys for Plaintiffs