**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TERWIN ADVISORS, LLC,

        Plaintiff(s),                    Index No. 07 CIV 10631

    -against-                        AFFIDAVIT OF SERVICE

AMERICAN LENDING GROUP, INC.,
        Defendant(s).
----------------------------------------------------------X
STATE OF MISSOURI    )
        S.S.:
COUNTY OF ST. LOUIS    )

_Richard Reymond_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 29th day of November, 2007, at approximately the time of 12:32 P.M., deponent served a true copy of the SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, JUDGES RULES, MAGISTRATES RULES, PROCUDURES & GUIDELINES FOR ELECTRONIC FILING upon American Lending Group, Inc at 22 Richmond Center Court, St. Peters, MO 63376, by personally delivering and leaving the same with _Kim Shelkey_ who informed deponent that holds the position of Head Secretary with that company and is authorized by law to receive service at that address.

_Kim Shelkey_ is a _White female_, approximately _35_ years of age, stands approximately _5_ feet _6_ inches tall, weighs approximately _150_ pounds with _blonde_ hair.

X_____
PROCESS SERVER
Sworn to before me this
6th day of December, 2007

_____
NOTARY PUBLIC

KELLEY A. BANNISTER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: May 13, 2011
Commission # 07480029

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com