UNITED STAES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC, | Case No.: 07 CV 10631 (WHP) |
| Plaintiff, | ECF Case |
| -against- | |
| AMERICAN LENDING GROUP, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the annexed ORDER FOR INITIAL PRETRIAL CONFERENCE was served on December 17, 2007, by first class mail upon:

> American Lending Group, Inc.
> 22 Richmond Center Ct.
> St. Peters, MO 63376

_____
Jeremy M. Sher