UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC, | Case No.: 07 CV 10631 (WHP) |
| Plaintiff, | ECF Case |
| -against- | **CLERK'S CERTIFICATE** |
| AMERICAN LENDING GROUP, INC., | |
| Defendant. | |

   I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on November 27, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant on November 29, 2007 by personal service upon Kim Shelkey, Head Secretary of American Lending Group, Inc., and proof of such service thereof was filed on December 11, 2007.

   I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
   January __, 2007

              **J. MICHAEL MCMAHON**
                Clerk of the Court

            By: _____
                Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC,<br><br>                                   Plaintiff,<br><br>-against-<br><br>AMERICAN LENDING GROUP, INC.,<br><br>                                   Defendant. | Case No.:  07 CV 10631 (WHP)<br><br>ECF Case<br><br>**AFFIDAVIT FOR**<br>**CERTIFICATE OF DEFAULT** |

STATE OF NEW YORK  )
                                          )   ss.:
COUNTY OF NEW YORK  )

Charles R. Jacob III, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a partner with Miller & Wrubel P.C., counsel to plaintiff Terwin Advisors LLC ("Terwin"). I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 of the Civil Rules for the Southern District of New York, in support of Terwin's application for a certificate of default.

3. This action was commenced on November 27, 2007 by the filing of the summons and complaint. A copy of the summons and complaint was served on defendant on November 29, 2007 by personal service on Kim Shelkey, an agent authorized to receive service for defendant, and proof of such service thereof was filed on December 11, 2007. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

WHEREFORE, plaintiff requests the entry of Default against defendant.

Dated: New York, New York
      January 24, 2008

_____
CHARLES R. JACOB III

Sworn to before me this 24th
day of January, 2008

_____
Notary Public

JEREMY M. SHER
Notary Public - State of New York
No. 02SH6138838
Qualified in New York County
My Comm. Expires Dec. 27, 2009

2