UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN ADVISORS LLC,

                          Plaintiff,

          -against-

AMERICAN LENDING GROUP, INC.,

                          Defendant.

Case No.:  07 Civ. 10631 (WHP)

ECF Case

**ORDER TO SHOW CAUSE**

FEB 28 2008

Upon the accompanying Declaration of Charles R. Jacob III in Support of

Motion, by Order to Show Cause, for Default Judgment, executed on February 28, 2008,

and the exhibits annexed thereto, the Declaration of Gerald Casey in Support of Motion

for Default Judgment, executed on February 27, 2008, and the exhibits annexed thereto,

and sufficient cause appearing, it is hereby:

        ORDERED, that defendant American Lending Group, Inc. ("ALG") show

cause before this Court in Courtroom 11D, United States Courthouse, 500 Pearl Street, in

the City, County and State of New York, on March 7, 2008, at 11:00 a.m., or as soon

thereafter as counsel may be heard, why a judgment by default should not be issued in

favor of plaintiff and against ALG, pursuant to Federal Rule of Civil Procedure 55(b)(2)

and Local Civil Rule 55.2(b), in the amount of $978,085 (not including interest to date

from February 29, 2008 at the *per diem* rate of $241); and it is further

        ORDERED that service of a copy of this order and supporting papers by

overnight Federal Express upon ALG at its last known address (22 Richmond Center

Court, St. Peters, MO, 63376), with a copy to Naren Chaganti, Esq., by e-mail, on or

before 12:00 noon ET on Monday, March 4, 2008, shall be deemed good and sufficient

service thereof.

Dated:  February 28, 2008

_____
Hon. William H. Pauley III, U.S.D.J.