UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC,<br><br>Plaintiff,<br><br>-against-<br><br>AMERICAN LENDING GROUP, INC.,<br><br>Defendant. | Case No.:  07 CV 10631 (WHP)<br><br>ECF Case |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th of February, 2008, I caused true and

correct copies of the Order to Show Cause, dated February 28, 2008; the Declaration of

Charles R. Jacob III in Support of Motion, by Order to Show Cause, for Default

Judgment, executed on February 28, 2008; and the Declaration of Gerald Casey in

Support of Motion for Default Judgment, executed on February 27, 2008, to be sent by

Federal Express (Saturday delivery and Priority Overnight) to:

> American Lending Group, Inc.
> 22 Richmond Center Court
> St. Peters, MO 63376

and by e-mail to Naren Chaganti, Esq. at naren.chaganti@gmail.com.

Dated:  February 29, 2008

_____
Haynee C. Kang