UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Index No.: 07 CV 10631 (WHP)
TERWIN ADVISORS, LLC,

                              Plaintiff,                 **NOTICE OF**
                                                              **APPEARANCE**

-against-

AMERICAN LENDING GROUP, INC.,

                            Defendant.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as lead counsel in this case for American Lending Group.

I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
            March 4, 2008

                                        BABCHIK & YOUNG, LLP
                                        Attorneys for Defendant
                                        American Lending Group, Inc.

                By:    _____
                                        Jack Babchik (JB 8953)
                                        A Member of the Firm
                                        200 East Post Road
                                        White Plains, New York 10601
                                        (914) 470-0001