UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
TERWIN ADVISORS, L.L.C.,

        Plaintiff,

    -against-

AMERICAN LENDING GROUP, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 10631 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

      A certificate of default having been entered by the Clerk of Court on January 24, 2008, and counsel for the parties having appeared for a March 7, 2008 conference, it is ordered that by March 14, 2008 Defendant shall tender to Plaintiff payment of $7500, reflecting the attorney fees incurred by Plaintiff in connection with Defendant's failure to answer the complaint. If this Court receives notice of payment by that date, the default shall be vacated, and Defendant may serve and file its answer by March 20, 2008.

Dated: March 7, 2008
      New York, New York

                          SO ORDERED:

                         WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record:*

Charles Richard Jacob, III, Esq.
Haynee C. Kang, Esq.
Miller & Wrubel, P.C.
250 Park Avenue
New York, NY 10177
*Counsel for Plaintiff*

Jack Babchik, Esq.
Babchik & Young LLP
200 East Post Road
White Plains, NY 10601
*Counsel for Defendant*