UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    Index No.: 07 CV 10631 (WHP)

TERWIN ADVISORS, LLC,

                                        Plaintiff,              **Rule 7.1 Statement**

        -against-

AMERICAN LENDING GROUP, INC.,

                                        Defendant.
-----------------------------------------------------------------X


        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Lending Group, Inc., (a private non-governmental party), certifies upon information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated:  White Plains, New York
        March 20, 2008



                                BABCHIK & YOUNG, LLP
                                Attorneys for American Lending Group, Inc.


        By:     _____
                Jack Babchik (JB8953)
                A Member of the Firm
                200 East Post Road
                White Plains, New York 10601
                (914) 470-0001