UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
TERWIN ADVISORS, L.L.C.,          :
                                  :
            Plaintiff,            :     07 Civ. 10631 (WHP)
                                  :
      -against-                   :     SCHEDULING ORDER
                                  :
AMERICAN LENDING GROUP, INC.,     :
                                  :
            Defendant.            :
                                  :
----------------------------------X



WILLIAM H. PAULEY III, District Judge:

      Counsel for the parties having appeared for a March 7, 2008 conference and Defendant having tendered payment of $7500 to Plaintiff pursuant to this Court's March 7, 2008 Order, the following is established on consent:

      (1) All discovery shall be completed by June 20, 2008;

      (2) The parties shall file a joint pre-trial order in accord with this Court's individual practices by July 18, 2008; and

      (3) This Court will hold a final pre-trial conference on August 1, 2008 at 10:00 a.m.

Dated: March 17, 2008
      New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of record:*

Charles Richard Jacob, III, Esq.
Haynee C. Kang, Esq.
Miller & Wrubel, P.C.
250 Park Avenue
New York, NY 10177
*Counsel for Plaintiff*

Jack Babchik, Esq.
Babchik & Young LLP
200 East Post Road
White Plains, NY 10601
*Counsel for Defendant*