Charles R. Jacob III (CJ-4143)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC,<br><br>  Plaintiff,<br><br>-against-<br><br>AMERICAN LENDING GROUP, INC.,<br><br>  Defendant. | 07 Civ. 10631 (WHP)<br>ECF CASE<br><br>**STIPULATION<br>OF DISMISSAL** |

Plaintiff Terwin Advisors LLC ("Terwin") and defendant American Lending Group, Inc. ("ALG"), being all the parties who have appeared in this action, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims of Terwin against ALG in this action, and the counterclaim of ALG against Terwin in this action, shall be and are hereby dismissed, with prejudice to renewal of such claims and counterclaim.

Dated: June 18, 2008

MILLER & WRUBEL P.C.

By: _____
Charles R. Jacob III (CJ-4143)
250 Park Avenue
New York, New York 10177
(212) 336-3500

Attorneys for Plaintiff
Terwin Advisors LLC

The Clerk of Court is directed to mark this case closed.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/28/2008

BABCHIK & YOUNG, LLP

By: _____
Jack Babchik (JB-____)
200 East Post Road
White Plains, New York 10601
(914) 470-0001

Attorneys for Defendant
American Lending Group, Inc.

_____
U.S.D.J.

-2-